UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

PALIO, INC., STABLE VENTURES, LLC, : 
and MARIA G. GRECO, :
: Civ. No.
Plaintiffs, :
:
v. :
:
CHEK FINANCIAL, INC., :
:
Defendant. :
:
------------------------------------------------------------ X

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Before the Court is Plaintiffs' motion to seal certain filings that contain information that has been designated confidential pursuant to certain agreements among Plaintiffs and Defendant. The Court, having considered Plaintiffs' motion and finding good cause, hereby grants said motion.

It is hereby **ORDERED** and **ADJUDGED** that:

The Clerk of Court is directed to seal, upon filing, the following documents:

1. The unredacted version of the Complaint and Exhibit D to the Complaint.

SO ORDERED.

Dated: 4/29/24

_____
UNITED STATES DISTRICT JUDGE