UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABC,

                Plaintiff,

        -against-

DEF,

                Defendant.
------------------------------------------------------------X

24 mc 205 (JGK)

## ORDER

The motion to seal having been resolved,

The Clerk is directed to close this case.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 2 2024